IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| THOMAS JACKSON JOHNSON | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-543 |
| LORIE DAVIS, DIRECTOR-TDCJ, *et al.*, | § | |

**MEMORANDUM OPINION REGARDING VENUE**

Plaintiff, Thomas Jackson Johnson, a former prisoner currently confined at a residence in Newton, Texas, proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983 against the following defendants: Lorie Davis, Director TDCJ-CID, Keith E. Gorsuch, Warden Rogellio Sanchez Unit, Pennie R. Kempt, Major of Corrections Rogellio Sanchez Unit, Denise S. Morales, Assistant Warden Rogellio Sanchez Unit, and Harold S. Dorsey, C/O Rogellio Sanchez Unit.

The above-styled action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Venue in a civil rights action is determined pursuant to 28 U.S.C. § 1391(b). When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where all the defendants reside or in which a substantial part of the events or omissions giving rise to the claim occurred.

Plaintiff complains of actions (or inactions) taken by defendants at the Rogellio Sanchez Unit in El Paso, Texas. It would, therefore, appear a substantial part of the events or omissions giving rise to his claims occurred in the Western District of Texas, El Paso Division. Venue, therefore, is not proper in the Eastern District of Texas, Beaumont Division.

When venue is not proper, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. 1406(a). Plaintiff's claims should be transferred to the Western District of Texas, El Paso Division. An appropriate order so providing will be entered by the undersigned.

SIGNED this 29th day of October, 2018.

_____
Zack Hawthorn
United States Magistrate Judge